## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OTTO LONG, | ) | |
| | ) | Case No. 07-360-GPM-DGW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY DEMAND** |
| | ) | |
| G.D. SEARLE LLC, PHARMACIA CORPORATION, MONSANTO COMPANY, and PFIZER INC. | ) ) ) | |
| | ) | (Pending Transfer to |
| | ) | *In re Bextra & Celebrex Marketing,* |
| | ) | *Sales Practices & Prods.* |
| Defendants. | ) | *Liab. Litig.* (MDL-1699) |

### DEFENDANTS G.D. SEARLE LLC, PHARMACIA CORPORATION, AND PFIZER INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Pfizer Inc. ("Pfizer"), Pharmacia Corporation, f/k/a Monsanto Company that was organized in 1933 (improperly captioned in Plaintiffs' Complaint as Monsanto Company) ("Pharmacia"), and G.D. Searle LLC ("Searle") submit this their Corporate Disclosure Statement. Defendants Pfizer, Pharmacia and Searle state:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Defendant Pharmacia Corporation is a wholly-owned subsidiary of Defendant Pfizer Inc.

3. Defendant G.D. Searle LLC is a limited liability company whose sole member is Pharmacia & Upjohn Company LLC, which is a limited liability company whose sole member is Pharmacia & Upjohn LLC, which is a limited liability company whose sole member is Pharmacia Corporation.

Dated: May 22, 2007         By:   /s/ Robert H. Shultz, Jr.
                                  HEYL, ROYSTER, VOELKER & ALLEN
                                  Robert H. Shultz, Jr. - #03122739
                                  103 West Vandalia Street, Suite 100
                                  Edwardsville, Illinois 62025
                                  Telephone: (618) 656-4646
                                  **Attorneys for G.D. Searle LLC, Pharmacia Corporation f/k/a Monsanto Company that was organized in 1933 (improperly captioned in Plaintiff's Complaint as "Monsanto Company"), and Pfizer Inc.**

## PROOF OF SERVICE

I hereby certify that on **May 22, 2007**, I electronically filed the foregoing document with the Clerk of the Court of the Southern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

**Aaron K. Dickey -** aaron@gmhalaw.com

/s/ Robert H. Shultz, Jr.
HEYL, ROYSTER, VOELKER & ALLEN