CLOSED, SSD

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00360-GPM-DGW
#### Internal Use Only

Long v. G.D. Searle LLC. et al  
Assigned to: Chief Judge G. Patrick Murphy  
Referred to: Mag/Judge Donald G. Wilkerson  
Case in other court: Madison, 07-L-334  
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 05/16/2007  
Date Terminated: 06/19/2007  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

C 07 3308

**Plaintiff**

Otto Long     represented by **Aaron K. Dickey**  
Goldenberg, Heller, et al.  
Generally Admitted  
2227 South State Route 157  
P.O. Box 959  
Edwardsville, IL 62025  
618-656-5150  
Fax: 618-656-6230  
Email: Aaron@gmhalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

G.D. Searle LLC.     represented by **Robert H. Shultz, Jr.**  
Heyl, Royster et al. - Edwardsville  
Generally Admitted  
103 West Vandalia Street  
P.O. Box 467  
Edwardsville, IL 62025  
618-656-4646  
Email: rshultz@hrva.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

Pharmacia Corporation     represented by **Robert H. Shultz, Jr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

Monsanto Company     represented by **Robert H. Shultz, Jr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

Pfizer, Inc.     represented by **Robert H. Shultz, Jr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2007 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 118770. Documents may now be electronically filed. Case number 07-360-GPM must be placed on all documents prior to filing them electronically. (Attachments: # 1 notice to consent to trial by Magistrate Judge)(dkd) (Entered: 05/16/2007) |
| 05/16/2007 | 2 | NOTICE OF REMOVAL by Pfizer, Inc., G.D. Searle LLC., Pharmacia Corporation from Madison County, Illinois, case number 07-L-334. ( Filing fee $ 350) (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A (Complaint)# 3 Exhibit B)(Shultz, Robert) (Entered: 05/16/2007) |
| 05/16/2007 | 3 | ANSWER to Complaint with Jury Demand *and Separate and Additional Defenses to Plaintiff's Complaint* by Pfizer, Inc., G.D. Searle LLC., Pharmacia Corporation.(Shultz, Robert) (Entered: 05/16/2007) |
| 05/22/2007 | 4 | Corporate Disclosure Statement by Pfizer, Inc., G.D. Searle LLC., Pharmacia Corporation. (Shultz, Robert) (Entered: 05/22/2007) |
| 06/13/2007 | 5 | PRELIMINARY CONDITIONAL TRANSFER ORDER (CTO-69) (Attachment: # 1 Cover Letter)(dmw) (Entered: 06/14/2007) |
| 06/19/2007 | 6 | CONDITIONAL TRANSFER ORDER (CTO-69). Case transferred to Northern District of California. (Attachments: # 1 Letter from Northern District of California)(jmp) (Entered: 06/20/2007) |
| 06/20/2007 | 7 | Letter to Northern District of California acknowledging order of transfer (jmp) (Entered: 06/20/2007) |

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY
Deputy Clerk
DATE: