IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | ) ) ) ) ) ) ) ) ) | **MDL No. 1699**  **District Judge: Charles R. Breyer**  Magistrate: |
| **Otto Long**, individually, | ) ) | Case No. 3:07cv03308-CRB |
| Plaintiff, | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) ) ) | |
| **G.D. Searle LLC, et al.** | ) ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative attempt to re-file claim against Defendant, they shall do so only by re-filing in the United States District Court.

Dated: April 29, 2008

By /s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
CA Bar No.: 37477
Gordon & Reese
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

ATTORNEYS FOR DEFENDANT

By_ s/ Robert D. Rowland
Robert D. Rowland, IL Bar No. 06198915
GOLDENBERG HELLER ANTOGNOLI
ROWLAND SHORT & GORI P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
Telephone: (618) 656-5150
Facsimile: (618) 656-6230

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | ) ) ) ) ) ) ) ) ) | **MDL No. 1699**<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| **Otto Long,** individually,<br><br>Plaintiff,<br><br>v.<br><br>**G.D. Searle LLC, et al.**<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:07cv03308-CRB<br><br>**ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this _____ day of _____, 2008, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

Page 1 of 1